■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES L. RIVERS III, Appellant. [33 NYS3d 908]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (De Rosa, J.), imposed December 4, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248 [2006]; *People v Lazier*, 122 AD3d 770, 771 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Hall, Austin and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARNELL THOMPSON, Appellant. [33 NYS3d 903]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 23, 2008 (*People v Thompson*, 54 AD3d 975 [2008]), affirming a judgment of the Supreme Court, Kings County, rendered November 15, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Leventhal and Dickerson, JJ., concur.